IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORENZO EDWARDO NEAVES,** | Case No. 2:16-cv-02780 CMK |
| Petitioner, | **ORDER** |
| v. | |
| **WILLIAM MUNIZ,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional THIRTY (30) days, to and including October 5, 2017, to file a responsive brief to Petitioner's Petition for Writ of Habeas Corpus.

Dated: September 1, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:16-cv-02780 CMK )